71 P.3d 359

Sean WATSON

v.

**ROMAN CATHOLIC CHURCH et al**

No. CV–03–0067–PR.

Supreme Court of Arizona.

June 30, 2003.

ORDERED: Request [Motion] for Suspension of the Rules = DENIED.

FURTHER ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice BERCH recused herself and did not participate in the determination of this matter.